IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINDA M. MAGAW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 13-409-CJB |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM ORDER**

At Wilmington this 3rd day of May, 2013;

IT IS ORDERED that the plaintiff's letter/motion for reconsideration (D.I. 5) is **denied**, for the reasons that follow:

On March 21, 2013, the court denied the plaintiff's application to proceed in the District Court without prepaying fees or costs under 28 U.S.C. § 1915 based upon a reported annual income of $38,184.00. (*See* D.I. 4.) The plaintiff seeks reconsideration on the grounds that she does not have the funds to pay the filing fee. (D.I. 5.)

The purpose of a motion for reconsideration is to "correct manifest errors of law or fact or to present newly discovered evidence." *Max's Seafood Café ex rel. Lou-Ann, Inc. v. Quinteros*, 176 F.3d 669, 677 (3d Cir. 1999). "A proper Rule 59(e) motion . . . must rely on one of three grounds: (1) an intervening change in controlling law; (2) the availability of new evidence; or (3) the need to correct a clear error of law or fact or to prevent manifest injustice. *Lazaridis v. Wehmer*, 591 F.3d 666, 669 (3d Cir. 2010) (citing *North River Ins. Co. v. CIGNA Reinsurance Co.*, 52 F.3d 1194, 1218 (3d Cir. 1995)). A motion for reconsideration is not properly grounded

on a request that a court rethink a decision already made. *See Glendon Energy Co. v. Borough of Glendon*, 836 F. Supp. 1109, 1122 (E.D. Pa. 1993).

The plaintiff has failed to demonstrate any of the necessary grounds to warrant reconsideration of the March 21, 2013 order. Therefore, the motion for reconsideration is **denied**. (D.I. 5.)

The plaintiff is given an additional thirty (30) days to pay the filing fee. The plaintiff is placed on notice that the case will be dismissed if the filing fee is not paid within the thirty day time-frame.

_____
CHIEF, UNITED STATES DISTRICT JUDGE